UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN K. HERRERA,

06 CV 1582 (NG) (SMG)

Plaintiff,

-against-                                                         ORDER

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 7 2006 ★
BROOKLYN OFFICE

CITY OF NEW YORK, et al.,

Defendants.
-----------------------------------------------------------------X

GERSHON, United States District Judge:

On August 8, 2006, Magistrate Judge Steven M. Gold issued a report and recommendation

("R&R") recommending that, unless plaintiff "explains his failure to contact the court or appear for

the scheduled conference, and indicates his intention to prosecute this matter in compliance with

future court orders" within the time permitted for filing objections, plaintiff's action be dismissed

for failure to prosecute. Plaintiff has not filed any objections nor other response to the R&R and the

time for doing so has now expired. Accordingly, Magistrate Judge Gold's recommendation is

adopted by the court and this action is hereby dismissed. The Clerk of Court is directed to close this

case.

SO ORDERED.

___/s/(NG)_____
NINA GERSHON
United States District Judge

Dated: Brooklyn, New York
        September 5, 2006